FILED
2026 Oct-27 PM 03:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

**MARIA D. CASTANEDA-VILLALOBOS,**

**Petitioner,**

**v.** **Case No. 7:26-cv-202-ACA-SGC**

**JENNIFER BROTON,**

**Respondent.**

## MEMORANDUM OPINION

Petitioner Maria D. Castaneda-Villalobos filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). The magistrate judge entered a report recommending that the court dismiss this action pursuant to Federal Rule of Civil Procedure 41(b) for Ms. Castaneda-Villalobos's failure to prosecute her claims. (Doc. 11). The Clerk of Court mailed the report and recommendation to the petitioner at her address of record, but the mailing was returned as undeliverable. (Doc. 13). The court ordered Ms. Castaneda-Villalobos to file a notice providing her current address (doc.10), but she has not done so, and the Clerk is unable to serve her with case-related papers.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** her recommendation.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) for the petitioner's failure to prosecute.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this October 27, 2026.

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE