FILED
2026 Oct-27 PM 03:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **MARIA D. CASTANEDA-VILLALOBOS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **Case No. 7:26-cv-202-ACA-SGC** |
| **v.** | ) | |
| | ) | |
| **JENNIFER BROTON,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## FINAL ORDER

Consistent with the accompanying opinion (doc. 14), the court **DISMISSES** this action **WITHOUT PREJUDICE** for failure to prosecute.

Costs are taxed as paid.

**DONE** and **ORDERED** this October 27, 2026.

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE